ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Afghan Active Group (AAG) | ) ASBCA No. 60387 |
| | ) |
| Under Contract No. W91B4N-10-C-8033 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. M. Massoud
                                                              Chairman

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                                       Army Chief Trial Attorney
                                                                       MAJ Christopher M. Coy, JA
                                                                       Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By order dated 18 November 2016, we established a schedule for the resolution of this appeal. That schedule was issued without appellant making any filing with respect to its preferences, as it was invited to do. The 18 November order required appellant to submit an opening brief, pursuant to Board Rule 11, on or before 5 May 2017. Appellant filed no brief or any other document with the Board and we are aware of no attempts made by appellant to communicate with us. On 23 May 2017 we issued an order to appellant requiring it, by 2 June 2017, to submit its brief or request additional time to submit its brief. This order explained that the silence from appellant since November 2016 led us to suspect that it had abandoned its appeal, and provided that, if we had no response from appellant by the 2 June 2017 deadline, "we may dismiss this appeal for failure to prosecute without providing further notice to [appellant]."

The 2 June 2017 deadline has come and gone with no response, whatsoever, from appellant. Thus, in accordance with Board Rule 17, this appeal is dismissed for failure to prosecute.

Dated: 1 August 2017

J. REID PROUTY
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN WILSON
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60387, Appeal of Afghan Active Group (AAG), rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2